UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE A. JULIAN,

    Plaintiff,

v.                                                              Case No. 22-12525

GRETCHEN WHITMER, *et al.*,             Sean F. Cox
                                                        United States District Court Judge

    Defendants.
_____/

**ORDER**
**ADOPTING REPORT AND RECOMMENDATION (ECF NO. 44)**
**AND GRANTING DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT**

Acting *pro se*, Plaintiff filed this civil rights action against several Defendants, under 28 U.S.C. § 1983. This matter was referred to Magistrate Judge David R. Grant for all pretrial proceedings.

In an Opinion and Order issued on November 17, 2022, Plaintiff's claims against Defendant Bruce Butler were dismissed. Thereafter, on October 11, 2023, and November 30, 2023, summary judgment motions were filed on behalf of the remaining named Defendants. Plaintiff opposed those motions.

In a Report and Recommendation ("R&R") issued on March 18, 2024, Magistrate Judge Grand recommends that the summary judgment motion filed by Defendants Washington, Campbell, Nagy, and Whitmer, on the basis of exhaustion, be granted.

Pursuant to Fed. R. Civ. P. 72(b), a party objecting to the recommended disposition of a matter by a magistrate judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R.

1

Plaintiff filed a "motion in opposition" of the pending motions on April 4, 2024, that this construes as objections to the R&R. In those objections, Plaintiff presents the same arguments that were presented to, and properly rejected by, the magistrate judge. Having reviewed the R&R, this Court concurs with the magistrate judge's analysis and conclusions. Thus, the Court rejects Plaintiff's objections.

The Court **ORDERS** that the March 18, 2024 Report and Recommendation is **ADOPTED** and **ORDERS** that Defendants' Motions for Summary Judgment on the Basis of Exhaustion (ECF Nos. 24, 34) are **GRANTED.**

**IT IS SO ORDERED.**

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: April 22, 2024